1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD W. LEITZ, a Washington resident,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE NOEL CORPORATION, a Washington corporation, d/b/a PEPSI COLA BOTTLING COMPANY,<br><br>　　　　　　　Defendant. | NO:  12-CV-3087-TOR<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL |

Before the Court is the parties' Stipulation for Dismissal (ECF No. 9). The parties agreed and stipulated that the above-entitled matter should be dismissed with prejudice and each party shall bear its own fees, costs, and disbursements.

//

//

//

//

ORDER GRANTING STIPULATION FOR DISMISSAL ~ 1

1  **Accordingly, IT IS HEREBY ORDERED**:

2  The parties' Stipulated Motion for Dismissal (ECF No. 9) is **GRANTED**.

3  Pursuant to the parties' stipulation, all claims and causes of action in this matter are

4  **DISMISSED** with prejudice and without costs or fees to any party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** this 15th day of November, 2012.

8  *s/ Thomas O. Rice*

9  THOMAS O. RICE
United States District Judge

10

11

12

13

14

15

16

17

18

19

20